UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>           Plaintiff,<br><br>     v.<br><br>HNH Berries, Inc., a California Corporation,<br><br>           Defendant. | Case No.: 2:22-cv-00207-KJM-JDP<br><br>Order re: Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days<br><br>Complaint served by substituted service: February 23, 2022<br>Current response date: March 28, 2022<br>New response date: April 25, 2022 |

   Upon review of the Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days, where upon parties wish to stipulate to move Defendant HNH Berries, Inc.'s responsive date to the Complaint 28 days from March 28, 2022 to April 25, 2022 for purposes of reducing fees and costs of the Court and parties as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

   IT IS HEREBY ORDERED that the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 28 Days is hereby GRANTED and Defendant HNH Berries, Inc.'s new responsive pleading date to the initial Complaint is April 25, 2022.

DATED:  March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE